IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID MCCONNELL, | |
| Plaintiff, | 4:17CV3010 |
| vs. | |
| ANIXTER, INC., | ORDER |
| Defendant. | |

On October 30, 2017, Rodney C. Dahlquist, Jr. and Sean M. Conway filed a motion to withdraw as counsel of record for Defendant Anixter, Inc. ([Filing No. 23](#)). James C. Zalewski has filed Notice of Appearance and will represent the Defendant going forward. ([Filing No. 21](#)).

Accordingly, IT IS ORDERED:

The motion to withdraw filed by Rodney C. Dahlquist, Jr. and Sean M. Conway ([Filing No. 23](#)), as counsel of record for Defendant Anixter, Inc., is granted.

Dated this 30th day of October, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge