IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID MCCONNELL, <br><br> Plaintiff, <br><br> vs. <br><br> ANIXTER, INC., <br><br> Defendant. | **4:17CV3010** <br><br><br> **ORDER** |

IT IS ORDERED that Defendant's motion, (Filing No. 35), is granted, and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 29, 2018, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on October 16, 2018 at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 15, 2018.

3) The deposition deadline is August 6, 2018.

4) The deadline for filing motions to dismiss and motions for summary judgment is July 16, 2018.

Dated this 28th day of March, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge